UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff              )<br>                            )<br>    v.                      )     Case No. 2:21-CR-00061<br>                            )<br>RAMZI KORI,                 )<br>    Defendant               )  | |

MOTION TO DISCHARGE FROM SUPERVISED RELEASE

Defendant Ramzi Kori, by his attorney, Brooks G. McArthur, Esq. of the law firm of Gravel and Shea PC, hereby moves the Honorable Court to discharge Mr. Kori from supervised release. In support of this motion, Defendant states that he has been on supervised release for over a year and he has complied with all conditions of supervised release. Mr. Kori has never had a positive UA and he has been gainfully employed during his supervision.

USPO Mary Seller authorized the Defendant to represent the following: "Our practice is to be supportive of release at 18 months, but Ramzi has done well and we would not oppose his early termination."

AUSA Jonathan Ophardt was contacted regarding his position on this request and he indicated that the Government opposes the Motion to Discharge from Supervised Release.

WHEREFORE, based on the above, Defendant respectfully requests that the Court grant him early discharge from supervised release.

Dated:       September 17, 2024

*Brooks G. McArthur*
Brooks G. McArthur, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
bmcarthur@gravelshea.com
Attorneys For Defendant